## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## AT LEXINGTON

**CIVIL ACTION NO. 2015-193 (WOB-CJS)**

**JERRY WAYNE ABNER**                      **PLAINTIFF**

**VS.**              <u>**ORDER**</u>

**CAROLYN W. COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**          **DEFENDANT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 12), and having considered de novo those objections filed thereto by plaintiff (Doc. 13) and the Commissioner's response to said objections (Doc. 14), and the Court being advised,

**IT IS ORDERED** that the objections (Doc. 13) to the Report and Recommendation of the Magistrate Judge be, and they hereby are, **overruled**; the Report and Recommendation (Doc. 12) is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the decision of the Commissioner is hereby **affirmed**; that plaintiff's motion for summary judgment (Doc. 10) is **denied**; and that defendant's motion for summary judgment (Doc. 11) is **granted**. A separate Judgment shall enter concurrently herewith.

This 28th day of September, 2016.



Signed By:

*William O. Bertelsman*

**United States District Judge**